## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE Lois Bloom**                    DATE : 2/27/10

DOCKET NUMBER:  10CR125(SLT)                    LOG # :  1:07-1:19

DEFENDANT'S NAME : **David Désir**
                    ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL : **Joyce David**
                    ___ Federal Defender    ✓ CJA    ___ Retained

A.U.S.A: **Carter Burwell**                    DEPUTY CLERK :

INTERPRETER :                                    (Language)

_____ Hearing held.  _____ Hearing adjourned to_____

___ Defendant was released on_____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop___

✓ Order of Speedy Trial entered.   Code Type___   Start 2/27   Stop 3/18

✓ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

✓ Attorney Appointment of ___ FEDERAL DEFENDER  ✓ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS :